[No. 30397-3-II.   Division Two.   September 28, 2004.]

DAVE BAUMGARTNER, ET AL., *Appellants*, v. THE DEPARTMENT OF CORRECTIONS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 00-2-02219-8, Richard A. Strophy, J., entered May 19, 2003. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan, A.C.J., and Hunt, J. Now published at 124 Wn. App. 738.

[No. 30445-7-II.   Division Two.   September 28, 2004.]

WASHINGTON SCHOOL EMPLOYEES CREDIT UNION, *Respondent*, v. BERTA RODRIGUEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 02-2-01799-9, Gary Tabor, J., entered June 6, 2003. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Houghton and Bridgewater, JJ.

[No. 30503-8-II.   Division Two.   September 28, 2004.]

KATHY T. PHELPS, *Appellant*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-2-07225-6, Sergio Armijo, J., entered June 10, 2003. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan, A.C.J., and Hunt, J.

[No. 30756-1-II.   Division Two.   September 28, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL JESSE GONZALES, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 02-1-00415-6, James B. Sawyer II, J., entered July 23, 2004. *Remanded* by unpublished opinion per Hunt, J., concurred in by Houghton and Bridgewater, JJ.